1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   ROBERT W. WOOTTON,

8                            Plaintiff,            No. C12-5838 RBL/KLS

9            v.

10  WASHINGTON CORRECTION CENTER,       ORDER GRANTING EXTENSION OF
    SCOTT RUSSELL, FOOD MANAGER         TIME TO RESPOND TO ORDER TO
11  (UNKNOWN), AC COOKS (UNKNOWN),      SHOW CAUSE
    CORRECTION OFFICERS (UNKNOWN),
12
                             Defendants.
13

14          By Order dated October 2, 2012, Plaintiff was ordered to show cause why this matter

15  should not be dismissed or, alternatively to file an amended complaint curing the deficiencies

16  outlined in the Court's order.  ECF No. 7.  Plaintiff was given a deadline to amend or show

17  cause by October 26, 2012.  *Id.*  On October 24, 2012, Plaintiff filed a motion for extension of

18  time requesting a 25 day extension of this deadline.  ECF No. 8.   He states that he has limited

19  use of the legal library.

20          Accordingly, it is **ORDERED:**

21          (1)     Plaintiff's motion for extension of time (ECF No. 8) is **GRANTED**.  Plaintiff

22
    must show cause or file his amended complaint on or before **November 20, 2012**, or the Court
23
    will recommend dismissal of this action.
24

25

26

ORDER - 1

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.


**DATED** this  2nd  day of November, 2012.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2