UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. WOOTEN,

              Plaintiff,

  v.

WASHINGTON CORRECTION CENTER, SCOTT RUSSELL, FOOD MANAGER (UNKNOWN), AC COOKS (UNKNOWN), CORRECTION OFFICERS (UNKNOWN),

              Defendants.

No. C12-5838 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion to dismiss pursuant to Rule 41(a)(1) is **GRANTED;** this action is **Dismissed Without Prejudice**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of December, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1